UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| VIJAY K. TANEJA *et al.* | ) | Case No. 08-13293-SSM |
| | ) | Chapter 11 (Jointly Administered) |
| Debtors | ) | |
| | ) | |
| H. JASON GOLD, TRUSTEE | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Adversary Proceeding No. 10-1203 |
| | ) | |
| PURAN MITTAL | ) | |
| | ) | |
| Defendant | ) | |

**ORDER DENYING MOTION FOR SANCTIONS**

Upon consideration of the defendant's motion for sanctions for the alleged filing of a frivolous complaint, and for the reasons stated on the record at a hearing held on August 20, 2010, it is

**ORDERED:**

1. The motion for sanctions is denied.

2. The clerk will mail a copy of this order, or give electronic notice of its entry, to the parties listed below.

Date: _____      _____

Stephen S. Mitchell
Alexandria, Virginia         United States Bankruptcy Judge

Copies to:

Christopher A. Jones, Esquire
Whiteford Taylor & Preston, LLP
3190 Fairview Park Drive
Suite 300
Falls Church, VA 22042
Counsel for the plaintiff

Robert L. Vaughn, Esquire
O'Connor & Vaughn LLC
11490 Commerce Park Drive
Suite 510
Reston, VA 20191
Counsel for the defendant